# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B BATTON,

    Plaintiff,

    vs.

FORD MOTOR COMPANY; FRITTS FORD; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 5:25-cv-04429-NW

Hon. Noel Wise

~~[PROPOSED]~~ **ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff B BATTON ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $7,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $7,500.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiff by July 23, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

4. The May 5, 2026, compliance hearing set for 10:00 a.m. is continued to July 24, 2026 at 10:00 a.m. The compliance hearing will be vacated upon the parties' filing of a notice of dismissal.

**IT IS SO ORDERED.**

Date: _____April 27, 2026_____

_____
Hon. Noel Wise
District Court Judge

~~[PROPOSED]~~ **ORDER**